

**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**

ORDER ON MOTION FOR EN BANC RECONSIDERATION

Appellate case name:    *Guadalupe Maria Zermeno, Maria G. Zermeno and Ildefonzo*
                        *Zermeno v. Carolyn  Stone*

Appellate case number:  01-20-00687-CV

Trial court case number: 2020-09693

Trial court:            234th District Court of Harris County


It is ordered that the motion for en banc reconsideration is **DENIED**.




Judge's signature:         /s/ Veronica Rivas-Molloy
                           ☑ Acting for the Court


The en banc court consists of Chief Justice Radack and Justices Kelly, Goodman, Landau, Hightower, Countiss, Rivas-Molloy, Guerra, and Farris.


Date:  December 16, 2021